■ ALTSHULER SHAHAM PROVIDENT FUNDS, LTD., Appellant, v GML TOWER LLC, et al., Defendants, and THE PIKE COMPANY, INC., et al., Respondents. [921 NYS2d 601]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered May 20, 2010. The order granted the motions of defendants The Pike Company, Inc., The Hayner Hoyt Corporation and Syracuse Merit Electric, a Division of O'Connell Electric Co., Inc., for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: We affirm for reasons stated in the decision at Supreme Court (*Altshuler Shaham Provident Funds, Ltd. v GML Tower LLC*, 28 Misc 3d 475 [2010]). We add only that we do not address plaintiff's contention that the 2007 Loan Agreement was a preliminary agreement that expired before the mortgage at issue was filed. That contention is raised for the first time on appeal and " 'could have been obviated or cured by factual showings or legal countersteps' " in Supreme Court (*Oram v Capone*, 206 AD2d 839, 840 [1994]). Present—Scudder, P.J., Centra, Sconiers and Green, JJ.